THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Michael S.
 West, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-283
Submitted May 3, 2010  Filed May 20, 2010

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Michael S.
 West appeals the revocation of his probation for third-degree burglary and
 grand larceny for which the probation court ordered West to complete his
 initial ten-year sentence by serving eight years' imprisonment.  West received
 thirty-three days of credit for time served.  On appeal, West argues the
 probation court violated his constitutional rights by failing to give him
 credit for time served in Florida.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  
1. As to whether the
 probation court violated West's constitutional right to a hearing:  State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review,
 it must have been raised to and ruled upon by the trial judge. Issues not
 raised and ruled upon in the trial court will not be considered on appeal."). 
2. As to whether the probation court
 violated West's constitutional right to counsel: State v. Turner,
 384 S.C. 451, 454, 682 S.E.2d 792, 793 (2009) (finding "all persons
 charged with probation violations have a right to counsel and must be informed
 of this right pursuant to court rules and case law"); State v. Bryant,
 383 S.C. 410, 414, 680 S.E.2d 11, 13 (Ct. App. 2009) ("The right to counsel attaches in probation revocation hearings.") (quotations and citation omitted).  
AFFIRMED.
HUFF, SHORT,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.